THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MATTHEW L. STASZAK**                                                                                  **PLAINTIFF**

**v.**                             **Case No. 2:20-cv-00138-KGB**

**UNITED STATES OF AMERICA,** *et al.*                                                    **DEFENDANTS**

### ORDER

Before the Court is plaintiff Matthew L. Staszak's motion for an injunction (Dkt. No. 13). On November 3, 2020, Mr. Stazsak moved the Court for an "immediate injunction" against "FCC Forrest City – Low Warden DeWayne Hendrix" ordering him to "enforce the facilities department to provide heat to the Helena-Delta Unit." (*Id.*, at 1). As this motion is unrelated to Mr. Staszak's case pending before this Court and brings claims against new defendants, the Court denies the motion without prejudice. If Mr. Staszak wishes to pursue this claim, he may file a separate suit.

It is so ordered this 28th day of January, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge