THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MATTHEW L. STASZAK**                                                                              **PLAINTIFF**
Reg. # 24227-171

v.                                    Case No. 2:20-cv-00138-KGB

**UNITED STATES OF AMERICA,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date and this Court's prior Orders, it is considered, ordered, and adjudged that this case is dismissed consistent with this Court's Orders. The relief requested is denied.

So adjudged this 20th day of September, 2023.

_____
Kristine G. Baker
United States District Judge